UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WASHINGTON MUTUAL BANK,** | ) | **CASE NO.  1:07 CV 683** |
| | ) | |
| Plaintiff, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **PATRICIA CHIAPETTA, et al.,** | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

The instant matter is before the Court on Defendant John Chiappetta's objection to the jurisdiction of Magistrate Judge James S. Gallas.  (Dkt. # 148).  On August 3, 2010, Magistrate Judge Gallas issued a Report and Recommendation ("R&R") recommending that this Court grant John Chiappetta's objection to the jurisdiction of the Magistrate Judge, and that the matter be returned to the jurisdiction of an Article III appointed Federal District Court Judge.  (Dkt. # 159).

Defendants filed a partial objection to the R&R, arguing that every ruling made by the Magistrate Judge must be vacated.  (Dkt. #  160, 161).  Plaintiff argues in response that the partial summary judgment motion should not be vacated because all of the parties to the motion consented to the jurisdiction of the Magistrate Judge.  (Dkt. # 162).

As no party has objected to the matter being returned to the jurisdiction of this Court, the R&R of Magistrate Judge Gallas (Dkt. # 160) is hereby **ADOPTED**.  The Objection to Jurisdiction filed by John Chiappetta is **GRANTED**.  (Dkt. # 148).  The

1

Defendants may move to vacate any ruling by the Magistrate Judge, at which point this Court will consider the issue.

**IT IS SO ORDERED.**

**/s/ Peter C. Economus – August 31, 2010**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**
