PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK *et al.*, | ) | CASE NO. 1:09CV01170 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| PATRICIA A. CHIAPPETTA *et al.*, | ) | |
| | ) | **MEMORANDUM AND ORDER OF** |
| Defendants. | ) | **OPINION** (Resolving ECF No. 149) |

Before the Court is the Report and Recommendation of Magistrate Judge Nancy A. Vecchiarelli recommending that Defendant Patricia Chiappetta's Motion for Leave to Amend Answer, Instanter be denied.[1] ECF Nos. 149, 223.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C).  Parties must file any objections to a Report and Recommendation within fourteen days of service.  *Id*.; Fed.R.Civ.P. 72(b)(2).  Failure to object within this time waives a party's right to appeal the district court's judgment.  *Thomas v. Arn*, 474 U.S. 140, 145,(1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir.1981).  Absent objection, a district court may adopt the magistrate judge's report without review.  *See Thomas*, 474 U.S. at 149.

In the instant case, Defendant Patricia Chiappetta has not filed objections to the Report and Recommendation.  Upon its review, the Court finds that the Report and Recommendation is supported by the record, and supports the recommendation of Magistrate Judge Vecchiarelli to

---

[1] The matter was referred to Magistrate Judge Nancy A. Vecchiarelli for general pretrial supervision and for the preparation of a Report and Recommendation on dispositive motions pursuant to Local Rule 72.2.  ECF No. 175.

(1:09CV01170)

deny Defendant Patricia Chiappetta's Motion for Leave to Amend Answer, Instanter. ECF No. 223.

Accordingly, the Court adopts Magistrate Judge Vecchiarelli's Report and Recommendation. Defendant Patricia Chiappetta's Motion for Leave to Amend Answer, Instanter is denied. ECF No. 149.

IT IS SO ORDERED.

| | |
|---|---|
| _May 31, 2011_ | _/s/ Benita Y. Pearson_ |
| Date | Benita Y. Pearson |
| | United States District Judge |